IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| MOORE & MOORE, ETC., | ) | CIVIL NO. 05-00215 SOM-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SABRINA STEVENS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**REPORT OF SPECIAL MASTER ON DEFENDANT SABRINA STEVENS' MOTION FOR ATTORNEYS' FEES AND COSTS ASSOCIATED WITH OBTAINING DISMISSAL OF CASE BROUGHT BY PLAINTIFF MOORE & MOORE**

Before the Court, pursuant to a referral by United States District Judge Susan Oki Mollway, is Defendant Sabrina Stevens' ("Defendant") Motion for Attorneys' Fees and Costs Associated with Obtaining Dismissal of Case Brought by Plaintiff Moore & Moore ("Motion"), filed June 1, 2007.  Defendant requests $26,496.00 in attorneys' fees; $894.15 in costs; and $1,092.01 in tax, for a total of $28,482.16.[1]  In accord with Rule 7.2(d) of the Local Rules of Practice of the United States District Court of the District of Hawai'i ("Local Rules"), the Court finds this matter suitable for disposition without a hearing.  After reviewing Defendant's submission and the relevant case law, the Court FINDS and RECOMMENDS that the district court DENY WITHOUT PREJUDICE the Motion.

---

[1] Defendant's total calculation is $28,483.44.  Based on the breakdown provided in counsel's affidavit, the Court is unclear as to how Defendant arrived at this total.

## BACKGROUND

The parties and the Court are familiar with the factual and procedural background of this case. The Court will only address the events that are relevant to the Motion currently before the Court.

Defendant filed the instant Motion, seeking $26,496.00 in attorneys' fees; $894.15 in costs; and $1,092.01 in tax, for a total of $28,482.16. She also filed a statement of consultation on June 14, 2007. Defendant submits that she is entitled to fees pursuant to Hawai'i Revised Statutes § 607-14 because the underlying action was in the nature of assumpsit. Further, she represents that the requested fees are reasonable and do not exceed 25% of the claim. Other than this bare assertion, however, Defendant fails to provide the Court with documentation to support the amount of fees requested as required by Local Rule 54.3(d). The Court is therefore unable to discern whether the fees and costs are reasonable. Consequently, the Court recommends that Defendant's request for fees and costs be denied without prejudice and that Defendant be permitted to refile her request in compliance with the Local Rules on or before August 10, 2007.

## CONCLUSION

In accordance with the foregoing, this Court, acting as Special Master, FINDS and RECOMMENDS that Defendant's Motion for

Attorneys' Fees and Costs Associated with Obtaining Dismissal of Case Brought by Plaintiff Moore & Moore, filed June 1, 2007, be DENIED WITHOUT PREJUDICE.  The Court further recommends that the district court instruct Defendant that if she elects to refile her Motion, she must do so on or before August 10, 2007, and the Motion must comply with all Local Rules, including but not limited to Local Rule 54.3.  An affidavit or declaration from a person knowledgeable about the hourly rate for attorneys charged in the community for the same or similar type of matter, and with counsel's experience and training, is highly advisable as well.

IT IS SO FOUND AND RECOMMENDED.

DATED AT HONOLULU, HAWAI`I, July 10, 2007.



  /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

**MOORE & MOORE V. SABRINA STEVENS, ET AL; CIVIL NO. 05-00215 SOM-LEK; REPORT OF SPECIAL MASTER ON DEFENDANT SABRINA STEVENS' MOTION FOR ATTORNEYS' FEES AND COSTS ASSOCIATED WITH OBTAINING DISMISSAL OF CASE BROUGHT BY PLAINTIFF MOORE & MOORE**