IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOORE & MOORE, a California Trust under Trust Agreement of January 7, 1997, <br><br>　　　　　Plaintiff, <br>　vs. <br><br>SABRINA STEVENS, <br><br>　　　　　Defendant. <br>_____ | CV 05-00215 SOM-LEK |

ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on February 14, 2008 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the Report of Special Master is adopted as the opinion and order of this court.

　　　APPROVED AND SO ORDERED:

　　　DATED: Honolulu, Hawaii; April 24, 2008.



　　　　　　　　　　　　/s/Susan Oki Mollway
　　　　　　　　　　　　SUSAN OKI MOLLWAY
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE